# U.S. District Court [LIVE]
## Western District of Texas (Austin)
### CIVIL DOCKET FOR CASE #: 1:20–cv–00664–RP

| | |
|---|---|
| Carnegie Mellon University v. LSI Corporation et al | Date Filed: 06/25/2020 |
| Assigned to: Judge Robert Pitman | Nature of Suit: 830 Patent |
| Case in other court:  Northern District of California, San Francisco Div, 3:18–CV–4571–JD | Jurisdiction: Federal Question |
| Cause: Motion to Quash | |

**Plaintiff**

**Carnegie Mellon University**

V.

**Defendant**

**LSI Corporation**      represented by    **Jeffrey D. Mills**
King & Spalding
500 W. 2nd Street, Suite 1800
Austin, TX 78701
(512) 457–2027
Email: jmills@kslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Avago Technologies U.S. Inc.**      represented by    **Jeffrey D. Mills**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Aleksandar Kavcic**      represented by    **William D. Cramer**
Clark Hill Strasburger
901 Main Street, Suite 6000
Dallas, TX 75202
214–651–4300
Fax: 214–651–4330
Email: bcramer@clarkhill.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Dr. Aleksandar Kavcic**      represented by    **Elizabeth F. Griffin**
Clark Hill PLC
901 Main Street, Suite 600

Dallas, TX 75202
214−651−2037
Fax: 214−659−4170
Email: egriffin@clarkhill.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William D. Cramer**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter Plaintiff**

**Avago Technologies U.S. Inc.**

**Counter Plaintiff**

**LSI Corporation**

V.

**Counter Defendant**

**Carnegie Mellon University**

**Movant**

**LSI Corporation**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/25/2020 | Ï 1 | MOTION to Quash (Receipt #100038714 Filing Fee $47.00) by Aleksandar Kavcic. (Attachments: # 1 Memo in Support, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Civil Cover Sheet, Receipt, and Envelope, # 8 Proposed Order)(cj) (Entered: 06/25/2020) |
| 06/25/2020 | Ï | Case assigned to Judge Robert Pitman. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (cj) (Entered: 06/25/2020) |
| 06/25/2020 | Ï | If ordered by the court, all referrals and consents in this case will be assigned to Magistrate Judge Austin (cj) (Entered: 06/25/2020) |
| 06/25/2020 | Ï 2 | MOTION to Appear Pro Hac Vice by Elizabeth F. Griffin for *William D. Cramer* ( Filing fee $ 100 receipt number 0542−13701301) by on behalf of Aleksandar Kavcic. (Griffin, Elizabeth) (Entered: 06/25/2020) |
| 06/25/2020 | Ï 3 | CERTIFICATE OF SERVICE by Aleksandar Kavcic 1 MOTION to Quash (Griffin, Elizabeth) (Entered: 06/25/2020) |
| 06/26/2020 | Ï | Text Order REFERRING 1 Motion to Quash entered by Judge Robert Pitman. IT IS ORDERED that this motion is REFERRED to United States Magistrate Judge Andrew Austin for disposition pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. (This is a text−only entry generated by the court. There is no document associated with this entry.) |

| | | |
|---|---|---|
| | | (sw) (Entered: 06/26/2020) |
| 06/26/2020 | Ï | CASE REFERRED to Magistrate Judge Andrew W. Austin.. Referral Judge: Andrew W. Austin. (cj) (Entered: 06/26/2020) |
| 07/02/2020 | Ï 4 | NOTICE of Attorney Appearance by Jeffrey D. Mills on behalf of Avago Technologies U.S. Inc., LSI Corporation. Attorney Jeffrey D. Mills added to party Avago Technologies U.S. Inc.(pty:dft), Attorney Jeffrey D. Mills added to party LSI Corporation(pty:dft) (Mills, Jeffrey) (Entered: 07/02/2020) |
| 07/02/2020 | Ï 5 | Memorandum in Opposition to Motion, filed by Avago Technologies U.S. Inc., LSI Corporation, re 1 MOTION to Quash filed by Respondent Aleksandar Kavcic (Attachments: # 1 Declaration of Jeffrey Mills, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24, # 26 Proposed Order)(Mills, Jeffrey) (Entered: 07/02/2020) |
| 07/06/2020 | Ï 6 | ORDER GRANTING 2 Motion to Appear Pro Hac Vice for Attorney William D. Cramer for Aleksandar Kavcic,William D. Cramer for Aleksandar Kavcic. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Robert Pitman. (cj) (Entered: 07/06/2020) |
| 07/09/2020 | Ï 7 | RESPONSE in Support, filed by Aleksandar Kavcic, re 1 MOTION to Quash filed by Respondent Aleksandar Kavcic (Griffin, Elizabeth) (Entered: 07/09/2020) |
| 07/14/2020 | Ï 8 | ORDER: Motion Hearing set, by telephone, for 7/15/2020 02:00 PM re 1 MOTION to Quash filed by Aleksandar Kavcic before Judge Andrew W. Austin. Signed by Judge Andrew W. Austin. (cj) (Entered: 07/14/2020) |
| 07/15/2020 | Ï 9 | Minute Entry for proceedings held before Judge Andrew W. Austin: Motion Hearing held on 7/15/2020 re 1 MOTION to Quash filed by Aleksandar Kavcic (Minute entry documents are not available electronically.). (Court Reporter FTR Gold–ERO.)(cj) (Entered: 07/15/2020) |
| 07/16/2020 | ï 10 | NOTICE *of agreement of parties to transfer to NDCal* by Aleksandar Kavcic re 1 MOTION to Quash (Cramer, William) (Entered: 07/16/2020) |
| 07/17/2020 | ï 11 | ORDER that the Quash or Modify Third Party Subpoena Dkt. 1 is HEREBY **TRANSFERRED** to the United States District Court for the NorthernDistrict of California, San Francisco Division. Signed by Judge Andrew W. Austin. (cj) (Entered: 07/17/2020) |
| 07/17/2020 | Ï | CASE NO LONGER REFERRED to Magistrate Judge Andrew W. Austin. (cj) (Entered: 07/17/2020) |